August 9, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF M.J.W., A CHILD

NO. 14-16-00276-CV

_____

      This cause, an appeal from a judgment terminating parental rights signed March 21, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We further order this decision certified below for observance.

      We further order that mandate be issued immediately.